# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| ROSE MARIE SINGLETARY, | ) |
| Claimant, | ) ) ) |
| v. | )  Case No. CV414-267 ) |
| CAROLYN W. COLVIN, *Commissioner of Social Security*, | ) ) ) ) |
| Defendant. | ) |

## ORDER

Proceeding *pro se*, Rose Marie Singletary seeks judicial review of the denial of her social security disability claim. Doc. 1. She also seeks leave to proceed *in forma pauperis* ("IFP"). Doc. 2. However, she has ignored virtually all of the questions posed by this Court's IFP form, including those going to any sources of income for the past 12 months, the amount of her savings, etc. Doc. 2 at 1-2. In so doing, she has written "NA" (not applicable?) in response to many of the form's questions, and that is simply not permitted. Everyone has living expenses. The form asks plaintiff about her "regular monthly expenses." Doc. 2 at 2. The Court will not accept "NA" in response. Nor will it accept an IFP application where questions are simply ignored outright.

*Id.* (questions 3, 4, & 8). And it is not enough to simply claim "unemployed." Doc. 1 at 1.

Nevertheless, the Court will give plaintiff a second chance. Within 14 days of the date this Order is served, then, she may resubmit her *fully completed* IFP motion or pay the Court's $400 filing fee. Failure to do either risks a recommendation of dismissal for non-compliance. The Clerk is **DIRECTED** to supply plaintiff with a blank IFP form with this Order.

**SO ORDERED** this 7th day of January, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA