IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROSE MARY SINGLETARY,)
)
    Plaintiff,)
)
v.) CASE NO. CV414-267
)
CAROLYN W. COLVIN,)
Commissioner of Social)
Security,)
)
    Defendant.)
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After a careful review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's appeal is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 31st day of March 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office

3/31/2015

Deputy Clerk